UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LANCE IAN JEFFERSON,<br><br>　　　　　Defendant. | CR17-180-TSZ<br><br>ORDER |

THIS MATTER comes before the Court on defendant's unopposed motion for a continuance of the trial date and the pretrial motions due date, docket no. 13. The Court has considered the facts set forth in the motion, the speedy trial waiver executed by defendant, the arguments of counsel at the hearing on September 7, 2017, and the records and files herein. Defendant's unopposed motion for a continuance of the trial date and pretrial motions due date, docket no. 13, is DENIED. Trial will proceed as scheduled on Monday, October 2, 2017. Trial Briefs, proposed voir dire, proposed jury instructions and any motions in limine are due September 22, 2017.

The Court SETS a status conference for September 21, 2017, at 1:30 p.m.

IT IS SO ORDERED.

Dated this 7th day of September, 2017.

　　　　　　　　　　　　　　　　　　　　　／s／ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1