1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7

UNITED STATES OF AMERICA,

8                         Plaintiff,

9          v.                                      CR17-180-TSZ

10    LANCE IAN JEFFERSON,                         MINUTE ORDER

11                         Defendant.

12

The following Minute Order is made by direction of the Court, the Honorable
13   Thomas S. Zilly, United States District Judge:

14        (1)    The status hearing set for September 21, 2017, is STRICKEN.  Trial Briefs, proposed voir dire, and proposed jury instructions remain due on September 22, 2017.

15        (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
16   record.

Dated this 11th day of September, 2017.
17

18                                          William M. McCool
                                            Clerk
19

20                                          s/Karen Dews
                                            Deputy Clerk
21

22

23

MINUTE ORDER - 1