JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANCE IAN JEFFERSON,<br><br>Defendant. | No. CR17-180-TSZ<br><br>ORDER GRANTING<br>STIPULATION RE: WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

This matter has come before the Court on the stipulation of the parties for a writ of *habeas corpus ad prosequendum*. The Court has considered the motion and rules as follows:

1. The U.S. Marshals Service shall honor the writ of the Lummi Nation Tribal Court and allow the Lummi Tribal Police to transfer Mr. Jefferson to tribal custody to face the charges in case numbers 2017 CRDO 6059 and 2017 CRCO 5980.

2. This matter shall be stayed pending the resolution of the Lummi cases. At the conclusion of those matters, Mr. Jefferson shall be returned to federal custody for disposition of this matter.

3. Mr. Jefferson shall not seek release while in tribal custody.

4. The U.S. Marshals Service shall ensure that a federal detainer is lodged against Mr. Jefferson, such that if he is released on the tribal charges, either before or

ORDER RE: WRIT OF HABEAS CORPUS AD
PROSEQUENDUM
(*Lance Jefferson*, CR17-180-TSZ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

after disposition of the tribal cases, he will be immediately returned to federal custody on his pending felon in possession matter.

ORDERED this 2nd day of November, 2017.

*signature*

Thomas S. Zilly
United States District Judge

ORDER RE: WRIT OF HABEAS CORPUS AD PROSEQUENDUM
(*Lance Jefferson*, CR17-180-TSZ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**