UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-180TSZ |
| Plaintiff, | |
| v. | AGREED ORDER RELEASING DEFENDANT |
| LANCE IAN JEFFERSON, | |
| Defendant. | |

THE COURT has considered the unopposed request of the parties, endorsed by the Probation Department, to release Mr. Jefferson so that he can participate in in-patient chemical dependency treatment, and the Court hereby GRANTS the motion.

Mr. Jefferson is to be released from the Federal Detention Center at SeaTac ("FDC SeaTac") at 7 a.m. on January 12, 2022, so that he can be transported to an inpatient facility. Sharon Burton, from Lummi Tribal Services, will pick Mr. Jefferson up from the FDC Seatac.

While released, Mr. Jefferson is still subject to all terms and conditions of his supervised release, including the requirement that he participate in substance abuse treatment as directed by the Probation Department.

DATED this 10th day of January, 2022.

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

AGREED ORDER RELEASING DEFENDANT
U.S.A. v. Jefferson / CR17-180TSZ - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Lance Ian Jefferson

AGREED ORDER RELEASING DEFENDANT
*U.S.A. v. Jefferson* / CR17-180TSZ - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**