UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-180TSZ |
| Plaintiff, | |
| v. | ORDER |
| LANCE IAN JEFFERSON, | |
| Defendant. | |

Defendant having tested positive for the coronavirus that causes COVID-19 and now being ineligible for inpatient chemical dependency treatment, the Agreed Order Releasing Defendant entered January 10, 2022, docket no. 72, is hereby VACATED, and defendant shall remain in custody at the Federal Detention Center at SeaTac.

DATED this 11th day of January, 2022.

Thomas S. Zilly
United States District Judge