UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LANCE IAN JEFFERSON, <br><br> Defendant. | No. CR17-180 TSZ <br><br> ORDER RELEASING DEFENDANT TO AN INPATIENT TREATMENT FACILITY |

THE COURT has considered the joint request of the parties, endorsed by the Probation Department, to release defendant Lance Ian Jefferson so that he can participate in inpatient chemical dependency treatment, and the Court hereby GRANTS the motion as follows.

Mr. Jefferson shall be released from the Federal Detention Center at SeaTac ("FDC SeaTac"), on January 28, 2022, at or after 7:30 a.m., for the sole purpose of entering an inpatient treatment facility. The Northwest Indian Treatment Center shall provide a courier service to transport defendant from FDC SeaTac to the treatment facility. Defendant shall participate in and successfully complete inpatient treatment at a facility designated by Probation and Pretrial Services. Defendant must comply with the facility's rules and follow any aftercare recommendations as directed by Probation and Pretrial Services. Defendant shall not abort treatment without prior approval of Probation and Pretrial Services.

Defendant shall abide by all federal, state, and local directives regarding the COVID-19 pandemic. While released, Mr. Jefferson shall remain subject to all terms and conditions of his supervised release, including the requirement that he participate in substance abuse treatment as directed by the Probation Department. If Mr. Jefferson is not admitted to the inpatient treatment facility, he shall be returned to FDC SeaTac.

Dated this 26th day of January, 2022.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge